FILED by **YH** D.C.

Nov 9, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

18-20880-CR-GAYLES/OTAZO-REYES

CASE NO. _____

IN RE SEALED INDICTMENT

_____ /

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant, or until further order of this Court, excepting the United States Attorney's Office, and the United States Department of State, Diplomatic Security Service, which may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendant might flee should knowledge of this Indictment become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  _____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0052716
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9317
Fax: (305) 530-7976
Jessica.Obenauf@usdoj.gov