# MINUTE ORDER Released

Page 1

## Magistrate Judge ~~Jonathan~~ Goodman

King Building Courtroom 11-3     Date: 11/15/2018   Time: 1:30 p.m.

Defendant: JULIEANN PINDER       J#: 19364-104   Case #: 18-20880-CR-GAYLES (SEALED)
AUSA: Jessica Obenauf            Attorney: David Trontz (perm)
Violation: FALSE STATEMENT IN PASSPORT APPLICATION   Surr/Arrest Date: 11/14/2018   YOB: 1957

Proceeding: Initial Appearance       CJA Appt:
Bond/PTD Held: ○ Yes  ○ No     Recommended Bond:
Bond Set at: Stip $150K PSB        Co-signed by: ① Princey Pinder ② Latisha Washington

- [x] Surrender and/or do not obtain passports/travel docs    Language: English
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property by co-signors
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Disposition:
Advised
Case Unsealed
NTC. Perm. Appear. filed.

Stip. 150K PSB w/ 2 co-signors
① Princey Pinder
② Latisha Washington
Arraigned
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
Time from today excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:   Time:   Judge:   Place: Released
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:32:30                     Time in Court: 17 min.

s/Jonathan Goodman                                      Magistrate Judge