UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  18-cr-20880-DPG

UNITED STATES OF AMERICA                  :

v.                                                                   :

JULIEANN PINDER,                                   :

    Defendant.                                            /

**UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant, Julieann Pinder, by and through the undersigned counsel, moves this Honorable Court for entry of an Order granting a continuance of the current calendar call and trial setting.  In support of this motion, the defendant offers the following:

**1.**	Julieann Pinder is charged by Indictment with one count of making a false statement in a passport application.

**2.**	This matter is scheduled for calendar call on January 16, 2019 and is set for trial on the two-week trial period commencing January 22, 2019.

**3.**	The undersigned has been working diligently to prepare this matter for trial.

**4.**	The undersigned and AUSA, Jessica Obenauf conducted a discovery conference on January 8, 2019, where defense disclosed documented evidence and potential defense witnesses.

**5.**	After the discovery conference, both sides agree that a sixty (60) day continuance would be in the interest of justice to allow both sides to properly prepare this matter for trial.

**6.**	The undersigned counsel is actively searching for Bahamian birth records and other evidence in preparation of this case for trial.

**7.**	The undersigned certifies that this motion is made in good faith.

**8.** The undersigned spoke to AUSA, Jessica Obenauf who is in agreement and does not oppose this continuance.

WHEREFORE, the defendant, Julieann Pinder, respectfully requests this Court enter an Order continuing the current calendar call and trial setting.

Respectfully submitted,

DONET, MCMILLAN & TRONTZ, P.A.
ATTORNEYS FOR DEFENDANT

By: /s/ David M. Trontz
DAVID M. TRONTZ, ESQ.
FLORIDA BAR NO.: 948111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

DONET, MCMILLAN & TRONTZ, P.A.
ATTORNEYS FOR DEFENDANT

By: /s/ David M. Trontz,
DAVID M. TRONTZ, ESQ.
FLORIDA BAR NO.: 948111