UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20880-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIEANN PINDER,

　　　　Defendant.

_____/

**ORDER GRANTING DEFENDANT JULIEANN PINDER'S**
**UNOPPOSED MOTION FOR VISITATION**

THIS MATTER came before the Court on Defendant's Unopposed Motion for Visitation [DE 95].   In the Motion, Ms. Pinder, who is currently serving the remainder of her sentence on home detention, requests that she be permitted to visit her mother, who is recovering from a stroke.   Specifically, Ms. Pinder requests that she be allowed to visit her mother in the hospital on Mondays, Wednesdays and Fridays between 1:00 p.m. to 3:00 p.m. Ms. Pinder has agreed to notify her probation officer, DeLeon Hollinger, prior to leaving for the hospital and upon her return home from the hospital.

The Motion is unopposed by the Government and USPO Hollinger has indicated to the Court that he has no objection to Ms. Pinder's request. Accordingly, Defendant's Unopposed Motion for Visitation is GRANTED, and Defendant shall comply with the terms of visitation as set forth in the Agreed Motion [DE 95].

**DONE AND ORDERED** in Miami, Florida, this 29th day of June 2020.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc:　　All counsel of record